JS-6

# UNITED STATES DISTRICT COURT FOR
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM THOMPSON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QVC, INC.; QVC ONTARIO, LLC; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5: 19-cv-00908-FMO-SHK<br><br>**Honorable Fernando M. Olguin**<br><br>**ORDER VOLUNTARY DISMISSING PLAINTIFF'S INDIVIDUAL CLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 41(a)(1)(A)(i) AND VOLUNTARILY DISMISSING PLAINTIFF'S CLASS CLAIMS WITHOUT PREJUDICE UNDER FED. R. CIV. P. 23(e)** |

ORDER GRANTING VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE UNDER RULE FED. R. CIV. P. 41(a)(1)(A)(i) & 23

The Court, having considered Plaintiff Kim Thompson's Notice of Dismissal under Federal Rule 41 and 23(e), and good cause being found, orders as follows:

1. Plaintiff Kim Thompson's individual claims in this case are dismissed without prejudice under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure; and

2. Plaintiff's class action claims are dismissed without prejudice under Rules 23(e) and 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: July 3, 2019

/s/
Hon. Fernando M. Olguin
U.S. District Judge